UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILHELM WAGNER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01566-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME BY WHICH DEFENDANT SHALL FILE ANY CROSS MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 20) |

    Plaintiff Eric Wilhelm Wagner ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1).

    Pending before the Court is the parties' second stipulated request, filed on October 2, 2023, to extend from October 5, 2023, UNTIL November 6, 2023, the time within which Defendant must file a cross-motion for summary judgment. (Doc. 20).

    For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension.

    Accordingly, IT IS HEREBY ORDERED:

1. Defendant shall file its cross-motion for summary judgment on or before November 6, 2023; and

2. The timelines for the filing of a response brief and reply shall be governed by the Court's Scheduling Order (Doc. 5).

IT IS SO ORDERED.

Dated: __October 3, 2023__            _____
                                      UNITED STATES MAGISTRATE JUDGE